# ACORD® PROPERTY LOSS NOTICE

| | | |
|---|---|---|
| **PRODUCER** PHONE (A/C, No, Ext): (312)984-5705 FAX (312)984-0053 | **MISCELLANEOUS INFO** (Site & location code) | **DATE (MM/DD/YY)** 10/10/2006 |
| Rummel Associates, Inc. 180 N. LaSalle St. Suite 3100 Chicago, IL 60601 | **DATE OF LOSS AND TIME** 09/23/2006 AM PM | **PREVIOUSLY REPORTED** YES NO |
| CODE: SUB CODE: | **POLICY TYPE** PROP HOME CO: Indian Harbor Insurance POL: FCI003-8380 | **EFFECTIVE DATE** 08/15/2006 **EXPIRATION DATE** 08/15/2007 |
| **AGENCY CUSTOMER ID** 0003936 | FLOOD CO: POL: | |
| | WIND CO: POL: | |

| | X CONTACT INSURED | |
|---|---|---|
| **NAME AND ADDRESS** Paragon Holdings, Inc. 175 N. Michigan Suite 3840 Chicago, IL 60611 | **NAME AND ADDRESS** Lisa Miner | **WHERE TO CONTACT** Office |
| **RESIDENCE PHONE (A/C, No)** **BUSINESS PHONE (A/C, No, Ext)** (312)867-3840 | **RESIDENCE PHONE (A/C, No)** **BUSINESS PHONE (A/C, No, Ext)** 312-867-3840 | **WHEN TO CONTACT** 9-5pm |

**LOCATION OF LOSS** 9400 Hurstbourne, Louisville, KY 40220

**POLICE OR FIRE DEPT TO WHICH REPORTED**

**KIND OF LOSS**: FIRE ☐  LIGHTNING ☐  FLOOD ☐  OTHER (explain) ☐  THEFT ☐  HAIL ☐  WIND ☒

**DESCRIPTION OF LOSS & DAMAGE** (Use reverse side, if necessary)
Direct physical damage to roofs from high winds and associated water damage to both exterior and interior of buildings.

**PROBABLE AMOUNT ENTIRE LOSS**: 120,000

**MORTGAGEE**: ☐ NO MORTGAGEE

**HOMEOWNER POLICIES SECTION 1 ONLY** (Complete for coverages A, B, C, D & additional coverages. For Homeowners Section II Liability Losses, use ACORD 3.)

| A. DWELLING | B. OTHER STRUCTURES | C. PERSONAL PROPERTY | D. LOSS OF USE | DEDUCTIBLES | DESCRIBE ADDITIONAL COVERAGES PROVIDED |
|---|---|---|---|---|---|
| | | | | | |

COVERAGE A. EXCLUDES WIND
SUBJECT TO FORMS (Insert form numbers and edition dates, special deductibles)

**FIRE, ALLIED LINES & MULTI-PERIL POLICIES** (Complete only those items involved in loss)

| ITEM | SUBJECT OF INSURANCE | AMOUNT | % COINS | DEDUCTIBLE | COVERAGE AND/OR DESCRIPTION OF PROPERTY INSURED |
|---|---|---|---|---|---|
| | BLDG ☐ CNTS ☐ | | | | |
| | BLDG ☐ CNTS ☐ | | | | |
| | BLDG ☐ CNTS ☐ | | | | |

SUBJECT TO FORMS (insert form numbers and edition dates, special deductibles)

| FLOOD POLICY | BUILDING: | DEDUCTIBLE: | ZONE | PRE FIRM | DIFF IN ELEV | FORM TYPE | GENERAL DWELLING | CONDO |
|---|---|---|---|---|---|---|---|---|
| | CONTENTS: | DEDUCTIBLE: | | POST FIRM | | | | |
| WIND POLICY | BUILDING | DEDUCTIBLE | CONTENTS | ZONE | FORM TYPE | GENERAL DWELLING | CONDO | |

**REMARKS/OTHER INSURANCE** (List companies, policy numbers, coverages & policy amounts)

| CAT # | FICO # | ADJUSTER ASSIGNED | | ADJUSTER # | DATE ASSIGNED |
|---|---|---|---|---|---|

**REPORTED BY**: Lisa Miner
**REPORTED TO**: ChFC, John P. Beaugard
**SIGNATURE OF PRODUCER OR INSURED**: S. Michael Rummel

EXHIBIT A