

RITE RUG FD PROP MGMT LOUIS
19428 BLUEGRASS PARKWAY
., LOUISVILLE, KY 40299
Telephone: 502-671-2078 Fax: 502-671-2378

Page  1

CG685498

**INVOICE**

JRAHMS ASSOCIATES LLC
J400 HURSTBOURNE PARK BLVD
.OUISVILLE, KY 40220

REGENT PARK
9419-2
2BR

| Inventory | Style/Item | Color/Description | Quantity | Units | Price | Extension |
|---|---|---|---|---|---|---|
| 09/29/06 | | 502-491-6950 | CPT | | CG685498 | |
| 80600 | SEA BISCUIT | TAUPE TONE | 119.00 | SY | 0.00 | 0.00 |
| 53A2 | CAPTAIN ONE 3/8" | | 1,071.00 | SF | 0.00 | 0.00 |
| | LOU-CPT-PROP MGMT | | 119.00 | | 13.90 | 1,654.10 |

10/03/06 ————————————————  3:47PM —

Mes Representative(s):
UDSON, RANDY - 1034
ORTILLO, SAHARA - 000

| | |
|---|---|
| Material: | 0.00 |
| Service: | 1,654.10 |
| Misc. Charges: | 0.00 |
| Sales Tax: | 0.00 |
| Misc. Tax: | 0.00 |
| **INVOICE TOTAL:** | **$1,654.10** |
| Less Payment(s): | 0.00 |
| **BALANCE DUE:** | **$1,654.10** |

Customer Signature:



PLAINTIFF'S
EXHIBIT
β

JUDGE LEFKOW
MAGISTRATE JUDGE MASON

08 C 111



**RITE RUG FD PROP MGMT LOUIS**
**10428 BLUEGRASS PARKWAY**
**LOUISVILLE, KY 40299**
Telephone: 502-671-2078  Fax: 502-671-2378

Page    1

CG685489

### INVOICE

BRAHMS ASSOCIATES LLC
9400 HURSTBOURNE PARK BLVD
LOUISVILLE, KY 40220

REGENT PARK
9405-4
2BR

| | | | |
|---|---|---|---|
| 09/29/06 | 502-491-6950 | CARPET | CG685489 |

| Inventory | Style/Item | Color/Description | Quantity Units | Price | Extension |
|---|---|---|---|---|---|
| 371228 | SEA BISCUIT | TAUPE TONE | 58.33 SY | 0.00 | 0.00 |
| 33A2 | CAPTAIN ONE 3/8" | | 1,071.00 SF | 0.00 | 0.00 |
| | LOU-CPT-PROP MGMT | | 119.00 | 13.90 | 1,654.10 |
| 371225 | SEA BISCUIT | TAUPE TONE | 50.67 SY | 0.00 | 0.00 |

10/03/06

3:47PM

Sales Representative(s):
UDSON, RANDY - 1034

| | |
|---|---|
| Material: | 0.00 |
| Service: | 1,654.10 |
| Misc. Charges: | 0.00 |
| Sales Tax: | 0.00 |
| Misc. Tax: | 0.00 |
| **INVOICE TOTAL:** | **$1,654.10** |
| Less Payment(s): | 0.00 |
| **BALANCE DUE:** | **$1,654.10** |

Customer Signature:



RITE RUG FD PROP MGMT LOUIS
10428 BLUEGRASS PARKWAY
-: LOUISVILLE, KY 40299
Telephone: 502-571-2078 Fax: 502-571-2378

Page 1

CG685481

**INVOICE**

BRAHMS ASSOCIATES LLC
9400 HURSTBOURNE PARK BLVD
LOUISVILLE, KY 40220

REGENT PARK
9405-3
3BR

| 08/29/06 | 502-491-6950 | CPT | CG685481 |
|---|---|---|---|

| Inventory | Style/Item | Color/Description | Quantity Units | Price | Extension |
|---|---|---|---|---|---|
| 389619 | SEA BISCUIT | TAUPE TONE | 136.33 SY | 0.00 | 0.00 |
| '63A2 | CAPTAIN ONE 3/8" | | 1,227.00 SF | 0.00 | 0.00 |
| | LOU-CPT-PROP MGMT | | 136.33 | 12.40 | 1,690.49 |

- 10/03/06
Sales Representative(s):
HUDSON, RANDY - 1034
PORTILLO, SAHARA - 000

9:28AM --

| | |
|---|---|
| Material: | 0.00 |
| Service: | 1,690.49 |
| Misc. Charges: | 0.00 |
| Sales Tax: | 0.00 |
| Misc. Tax: | 0.00 |
| INVOICE TOTAL: | $1,690.49 |
| Less Payment(s): | 0.00 |
| BALANCE DUE: | $1,690.49 |

Customer Signature:



RITE RUG FD PROP MGMT LOUIS
10428 BLUEGRASS PARKWAY
LOUISVILLE, KY 40299
Telephone: 502-671-2978 Fax: 502-671-2378

Page 1

CG585079

**INVOICE**

BRAHMS ASSOCIATES LLC
9400 HURSTBOURNE PARK BLVD
LOUISVILLE, KY 40220

REGENT PARK
9401-1
2BR

| 09/28/06 | 502-491-6950 | CPT | CG585079 |

| Inventory | Style/Item | Color/Description | Quantity Units | Price | Extension |
|---|---|---|---|---|---|
| 431577 | SEA BISCUIT | TAUPE TONE | 119.00 SY | 0.00 | 0.00 |
| 53A2 | CAPTAIN ONE 3/8" | | 268.00 SF | 8.00 | 0.80 |
| 53A2 | CAPTAIN ONE 3/8" | | 264.00 SF | 8.00 | 0.00 |
| 53A2 | CAPTAIN ONE 3/8" | | 270.00 SF | 0.00 | 0.00 |
| 53A2 | CAPTAIN ONE 3/8" | | 270.00 SF | 0.00 | 0.00 |
| | LOU-CPT-PROP MGMT | | 119.00 | 13.90 | 1,654.10 |

10/03/06

9:28AM

Sales Representative(s):
HUDSON, RANDY - 1034

| | |
|---|---|
| Material: | 0.00 |
| Service: | 1,654.10 |
| Misc. Charges: | 0.00 |
| Sales Tax: | 0.00 |
| Misc. Tax: | 0.00 |
| **INVOICE TOTAL:** | **$1,654.10** |

Customer Signature:

| Less Payment(s): | 0.00 |
|---|---|
| **BALANCE DUE:** | **$1,654.10** |



RITE RUG FD PROP MGMT LOUIS
10428 BLUEGRASS PARKWAY
LOUISVILLE, KY 40299
Telephone: 502-671-2078 Fax: 502-671-2378

Page 1

CG685076

**INVOICE**

BRAHMS ASSOCIATES LLC
3400 HURSTBOURNE PARK BLVD
LOUISVILLE, KY 40220

REGENT PARK
9401-3
2BR

09/28/06 | 502-491-6950 | CPT | CG685076

| Inventory | Style/Item | Color/Description | Quantity Units | Price | Extension |
|-----------|-----------|-------------------|----------------|-------|-----------|
| 114390 | SEA BISCUIT | TAUPE TONE | 119.00 SY | 0.00 | 0.00 |
| 63A2 | CAPTAIN ONE 3/8" | | 1,071.00 SF | 0.00 | 0.00 |
| | LOU-CPT-PROP MGMT | | 119.00 | 13.90 | 1,654.10 |
| | LOU-CPT-MINIMUM | | 118.00 EA | 1.50 | 177.00 |

10/03/06
Sales Representative(s):
UDSON, RANDY - 1034

9:26AM —

| | |
|---|---|
| Material: | 0.00 |
| Service: | 1,831.10 |
| Misc. Charges: | 0.00 |
| Sales Tax: | 0.00 |
| Misc. Tax: | 0.00 |
| **INVOICE TOTAL:** | **$1,831.10** |
| Less Payment(s): | 0.00 |
| **BALANCE DUE:** | **$1,831.10** |

Customer Signature:



RITE RUG FD PROP MGMT LOUIS
10428 BLUEGRASS PARKWAY
LOUISVILLE, KY 40299
Telephone: 502-671-2078  Fax: 502-671-2378

Page   1

CG685075

**INVOICE**

BRAHMS ASSOCIATES LLC
3400 HURSTBOURNE PARK BLVD
LOUISVILLE, KY 40220

REGENT PARK
9403-2
2BR

| | | | |
|---|---|---|---|
| 09/29/06 | 502-491-6950 | CPT | CG685075 |

| Inventory | Style/Item | Color/Description | Quantity Units | Price | Extension |
|---|---|---|---|---|---|
| 114530 53A2 | SEA BISCUIT CAPTAIN ONE 3/8" LOU-CPT-PROP MGMT | TAUPE TONE | 119.00 SY 1,071.00 SF 119.00 | 0.00 0.00 13.90 | 0.00 0.00 1,654.10 |

10/03/06
Sales Representative(s):
UDSON, RANDY - 1034
PORTILLO, SAHARA - 000

9:26AM

| | |
|---|---|
| Material: | 0.00 |
| Service: | 1,654.10 |
| Misc. Charges: | 0.00 |
| Sales Tax: | 0.00 |
| Misc. Tax: | 0.00 |
| INVOICE TOTAL: | $1,654.10 |
| Less Payment(s): | 0.00 |
| BALANCE DUE: | $1,654.10 |

Customer Signature:



RITE RUG FD PROP MGMT LOUIS
10428 BLUEGRASS PARKWAY
LOUISVILLE, KY 40299
Telephone: 502-671-2078  Fax: 502-671-2378

Page   1

CG685072

**INVOICE**

BRAHMS ASSOCIATES LLC
9400 HURSTBOURNE PARK BLVD
LOUISVILLE, KY  40220

REGENT PARK
9403-1
2BR

| | | | | |
|---|---|---|---|---|
| 09/29/06 | 502-491-6950 | CPT | CG685072 | |

| Inventory | Style/Item | Color/Description | Quantity Units | Price | Extension |
|---|---|---|---|---|---|
| 114533 53A2 | SEA BISCUIT CAPTAIN ONE 3/8" LOU-CPT-PROP MGMT | TAUPE TONE | 119.00 SY 1,071.00 SF 119.00 | 0.00 0.00 13.90 | 0.00 0.00 1,654.10 |

10/03/06

ales Representative(s):

UDSON, RANDY - 1034
ORTILLO, SAHARA - 000

9:26AM

| | |
|---|---|
| Material: | 0.00 |
| Service: | 1,654.10 |
| Misc. Charges: | 0.00 |
| Sales Tax: | 0.00 |
| Misc. Tax: | 0.00 |
| INVOICE TOTAL: | $1,654.10 |

Customer Signature:

| | |
|---|---|
| Less Payment(s): | 0.00 |
| BALANCE DUE: | $1,654.10 |



RITE RUG FD PROP MGMT LOUIS
10428 BLUEGRASS PARKWAY
LOUISVILLE, KY 40299
Telephone: 502-671-2078  Fax: 502-671-2378

Page  1

CG685069

**INVOICE**

BRAHMS ASSOCIATES LLC
9400 HURSTBOURNE PARK BLVD
LOUISVILLE, KY  40220

REGENT PARK
9402-4
3BR

| | | | |
|---|---|---|---|
| 09/29/08 | 502-491-6950 | CPT | CG685069 |

| Inventory | Style/Item | Color/Description | Quantity Units | Price | Extension |
|---|---|---|---|---|---|
| 114533 | SEA BISCUIT | | 136.33 SY | 0.00 | 0.00 |
| 53A2 | CAPTAIN ONE 3/8" | TAUPE TONE | 1,227.00 SF | 0.00 | 0.00 |
| | LOU-CPT-PROP MGMT | | 136.33 | 13.90 | 1,894.99 |

· 10/03/08
Sales Representative(s):
UDSON, RANDY - 1034
ORTILLO, SAHARA - 000

9:25AM —

| | |
|---|---|
| Material: | 0.00 |
| Service: | 1,894.99 |
| Misc. Charges: | 0.00 |
| Sales Tax: | 0.00 |
| Misc. Tax: | 0.00 |
| **INVOICE TOTAL:** | **$1,894.99** |
| Less Payment(s): | 0.00 |
| **BALANCE DUE:** | **$1,894.99** |

Customer Signature:



RITE RUG FD PROP MGMT LOUIS
10428 BLUEGRASS PARKWAY
LOUISVILLE, KY 40299
Telephone: 502-671-2078  Fax: 502-671-2378

Page  1

CG685066

**INVOICE**

RAHMS ASSOCIATES LLC
400 HURSTBOURNE PARK BLVD
LOUISVILLE, KY  40220

REGENT PARK
9405-1
3BR

9/29/06 | 502-491-6950 | CPT | CG685066

| Inventory | Style/Item | Color/Description | Quantity Units | Price | Extension |
|---|---|---|---|---|---|
| 14533 | SEA BISCUIT | TAUPE TONE | 136.33 SY | 0.00 | 0.00 |
| 3A2 | CAPTAIN ONE 3/8" | | 1,227.00 SF | 0.00 | 0.00 |
| | LOU-CPT-PROP MGMT | | 136.33 | 13.90 | 1,894.99 |
| | LOU-METAL | | 12.00 EA | 1.50 | 18.00 |

10/03/06

Sales Representative(s):
JDSON, RANDY - 1034

9:25AM

| | |
|---|---|
| Material: | 0.00 |
| Service: | 1,912.99 |
| Misc. Charges: | 0.00 |
| Sales Tax: | 0.00 |
| Misc. Tax: | 0.00 |
| **INVOICE TOTAL:** | **$1,912.99** |

Customer Signature:

| | |
|---|---|
| Less Payment(s): | 0.00 |
| **BALANCE DUE:** | **$1,912.99** |



RITE RUG FD PROP MGMT LOUIS
10425 BLUEGRASS PARKWAY
LOUISVILLE, KY 40299
Telephone: 502-671-2075  Fax: 502-671-2378

Page  1

CG685064

**INVOICE**

BRAHMS ASSOCIATES LLC
9400 HURSTBOURNE PARK BLVD
LOUISVILLE, KY 40220

REGENT PARK
9403-3
2BR

09/29/06                502-491-6950            CARPET            CG685064

| Inventory | Style/Item | Color/Description | Quantity Units | Price | Extension |
|---|---|---|---|---|---|
| 833227 | SEA BISCUIT | | 119.00 SY | 0.00 | 0.00 |
| 53A2 | CAPTAIN ONE 3/8" | TAUPE TONE | 1,071.00 SF | 0.00 | 0.00 |
| | LOU-CPT-PROP MGMT | | 119.00 | 13.90 | 1,654.10 |

· 10/03/06 ──────
Sales Representative(s):                                     9:25AM ──
UDSON, RANDY - 1034                          Material:              0.00
ORTILLO, SAHARA - 000                        Service:          1,654.10
                                             Misc. Charges:         0.00
                                             Sales Tax:             0.00
                                             Misc. Tax:             0.00
                                             **INVOICE TOTAL:**  $1,654.10
Customer Signature:                          Less Payment(s):       0.00
                                             **BALANCE DUE:**    $1,654.10



RITE RUG FD PROP MGMT LOUIS
10428 BLUEGRASS PARKWAY
LOUISVILLE, KY 40299
Telephone: 502-671-2078  Fax: 502-671-2378

Page   1

CG685059

**INVOICE**

BRAHMS ASSOCIATES LLC
9400 HURSTBOURNE PARK BLVD
LOUISVILLE, KY 40220

REGENT PARK
9417-4
2BR

09/29/06 | 502-491-6950 | CPT | CG685059

| Inventory | Style/Item | Color/Description | Quantity Units | Price | Extension |
|---|---|---|---|---|---|
| 186610 | SEA BISCUIT | TAUPE TONE | 119.00 SY | 0.00 | 0.00 |
| 53A2 | CAPTAIN ONE 3/8" | | 1,071.00 SF | 0.00 | 0.00 |
| | LOU-OPT-PROP MGMT | | 119.00 | 14.40 | 1,713.60 |
| | LOU-METAL | | 12.00 EA | 1.50 | 18.00 |

10/03/06

Sales Representative(s):                                        9:25AM

HUDSON, RANDY - 1034                      Material:         0.00
                                          Service:    1,731.60
                                    Misc. Charges:         0.00
                                        Sales Tax:         0.00
                                        Misc. Tax:         0.00
                                    INVOICE TOTAL:    $1,731.60

Customer Signature:

                                    Less Payment(s):        0.00

                                    BALANCE DUE:       $1,731.60



RITE RUG FD PROP MGMT LOUIS
10428 BLUEGRASS PARKWAY
-: LOUISVILLE, KY 40299
Telephone: 502-671-2078 Fax: 502-671-2376

Page 1

CG685053

**INVOICE**

BRAHMS ASSOCIATES LLC
9400 HURSTBOURNE PARK BLVD
LOUISVILLE, KY 40220

REGENT PARK
9409-1
2 BR

09/29/06            502-491-6950            CPT            CG685053

| Inventory | Style/Item | Color/Description | Quantity Units | Price | Extension |
|---|---|---|---|---|---|
| 155510 SA2 | SEA BISCUIT CAPTAIN ONE 3/8" LOU-CPT-PROP MGMT LOU-METAL | TAUPE TONE | 119.00 SY 1,071.00 SF 119.00 12.00 EA | 0.00 0.00 12.40 1.50 | 0.00 0.00 1,475.60 18.00 |

- 10/03/06 ———                                              9:24AM —

Sales Representative(s):

HUDSON, RANDY - 1034

| | |
|---|---|
| Material: | 0.00 |
| Service: | 1,493.60 |
| Misc. Charges: | 0.00 |
| Sales Tax: | 0.00 |
| Misc. Tax: | 0.00 |
| **INVOICE TOTAL:** | **$1,493.60** |
| Less Payment(s): | 0.00 |
| **BALANCE DUE:** | **$1,493.60** |

Customer Signature:



RITE RUG FD PROP MGMT LOUIS
10428 BLUEGRASS PARKWAY
LOUISVILLE, KY 40299
Telephone: 502-671-2078  Fax: 502-671-2378

Page  1

CG685466

**INVOICE**

BRAHMS ASSOCIATES LLC
9400 HURSTBOURNE PARK BLVD
LOUISVILLE, KY  40220

REGENT PARK
9403-4
2BR

| 09/29/06 | 502-491-6950 | CARPET | CG685466 |

| Inventory | Style/Item | Color/Description | Quantity Units | Price | Extension |
|---|---|---|---|---|---|
| 389618 | SEA BISCUIT | | 63.67 SY | 0.00 | 0.00 |
| 53A2 | CAPTAIN ONE 3/8" | TAUPE TONE | 1,071.00 SF | 0.00 | 0.00 |
| | LOU-CPT-PROP MGMT | | | | |
| 389822 | SEA BISCUIT | TAUPE TONE | 119.00 | 12.40 | 1,475.60 |
| | | | 66.33 SY | 0.00 | 0.00 |

10/03/06

Sales Representative(s):

HUDSON, RANDY - 1034

3:43PM

| Material: | 0.00 |
|---|---|
| Service: | 1,475.60 |
| Misc. Charges: | 0.00 |
| Sales Tax: | 0.00 |
| Misc. Tax: | 0.00 |
| **INVOICE TOTAL:** | **$1,475.60** |
| Less Payment(s): | 0.00 |
| **BALANCE DUE:** | **$1,475.60** |

Customer Signature:



RITE RUG FD PROP MGMT LOUIS
10428 BLUEGRASS PARKWAY
-: LOUISVILLE, KY 40299
Telephone: 502-671-2075 Fax: 502-671-2376

Page 1

CG685445

**INVOICE**

BRAHMS ASSOCIATES LLC
9400 HURSTBOURNE PARK BLVD
LOUISVILLE, KY 40220

REGENT PARK
9400-3
2BR

09/29/06 | 502-491-6950 | CARPET | CG685445

| Inventory | Style/Item | Color/Description | Quantity Units | Price | Extension |
|---|---|---|---|---|---|
| 431577 | SEA BISCUIT | TAUPE TONE | 119.00 SY | 0.00 | 0.00 |
| 03A2 | CAPTAIN ONE 3/8" | | 1,071.00 SF | 0.00 | 0.00 |
| | LOU-CPT-PROP MGMT | | 119.00 | 13.90 | 1,654.10 |
| occupied unit | | | | | |

10/03/06

Sales Representative(s):
JUDSON, RANDY - 1034
PORTILLO, SAHARA - 000

3:43PM —

| | |
|---|---|
| Material: | 0.00 |
| Service: | 1,654.10 |
| Misc. Charges: | 0.00 |
| Sales Tax: | 0.00 |
| Misc. Tax: | 0.00 |
| **INVOICE TOTAL:** | **$1,654.10** |

Customer Signature:

| | |
|---|---|
| Less Payment(s): | 0.00 |
| **BALANCE DUE:** | **$1,654.10** |



**Carpet Medix**
2107 Plantside Drive • Louisville, KY 40299
Office (502) 495-2871 or (502) 495-2872
24 Hour Emergency Number (502) 376-8405

2094

Name Regent Park

Address

Date 10-2, 20 06

| Sold By | Cash | C.O.D. | Charge | On Acct. | Paid Out |
|---------|------|--------|--------|----------|----------|
| Randy | | | | ✓ | |

| UNIT | DESCRIPTION | AMOUNT | |
|------|-------------|--------|--|
| 943 3 | H2o ext | 200 | 00 |
| | Microban K2 | 480 | 00 |
| | 5/c | 45 | 00 |
| | | | |
| | **TOTAL** | 725 | 00 |



CT-5-2006   14:35   FROM:                                TO:1312867385O              P.7

**Carpet Medix**
2107 Plantside Drive • Louisville, KY 40299
Office (502) 495-2871 or (502) 495-2872
24 Hour Emergency Number (502) 376-8405

2096

Name: Regent Park

Address: _____

Date: 10-2-20 06

Sold By: Randy

| UNIT | DESCRIPTION | AMOUNT | |
|---|---|---|---|
| 9415 | H2O Ext | 300 | 00 |
| | To treat out/Dispos/ 40 yds | 80 | 00 |
| | Move furniture | 82 | 96 |
| | Blowers 2 x 2 days | 490 | 00 |
| | Microban x 2 | 45 | 00 |
| | S/C | 214 | 00 |
| | Relay opt / ped | | |
| | | | |

Cash | C.O.D. | Charge | On Acct. ✓ | Paid Out

KEYS _____    Rec'd by _____

TOTAL | 130 | 86

TERMS: NET 30 DAYS

OT-5-2006  14:35  FROM:

TO:13128673950

P.0

## Carpet Medix

2107 Plantside Drive • Louisville, KY 40299
Office (502) 495-2871 or (502) 495-2872
24 Hour Emergency Number (502) 376-8405

1814

Name Regent Park

Address

Date 10-2, 20 06

Sold By Randy

| Sold By | Cash | C.O.D. | Charge | On Acct. | Paid Out |
|---|---|---|---|---|---|
| | | | | ✓ | |

| UNIT | DESCRIPTION | AMOUNT |
|---|---|---|
| 2417 | Microban  H2O Ext | 220 00 |
| | Everstrue | 110 00 |
| | | 82 26 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | TOTAL | 412 26 |

KEYS _____

Rec'd by _____

TERMS: NET 30 DAYS

1 5-2006  14:36  FROM:

TO:13126673850

P.9

## Carpet Medix

2107 Plantside Drive • Louisville, KY 40299
Office (502) 495-2871 or (502) 495-2872
24 Hour Emergency Number (502) 376-8405

1815

Name _Regent Park_

Address _____

Date _10-20-06_

Sold By _Randy_

| UNIT | | Cash | C.O.D. | Charge | On Acct | Paid Out | |
|---|---|---|---|---|---|---|---|
| | DESCRIPTION | | | | | | AMOUNT |
| 2447 | Allweber #20 EXT | | | | | | 328 00 |
| | Blowers | | | | | | 242 00 |
| | Deo | | | | | | 100 00 |
| | Reley 2x2 Panels | | | | | | 99 00 |
| | Reley 50 yds p.pad | | | | | | 100 00 |
| | SC | | | | | | 45 00 |
| KEYS _____ Rec'd by _____ | | | | | | TOTAL | 914 00 |

TERMS: NET 30 DAYS

T-5-2006  14:36  FROM:

TO:13128673950

P.19

## Carpet Medix

2107 Plantside Drive • Louisville, KY 40299
Office (502) 495-2871 or (502) 495-2872
24 Hour Emergency Number (502) 376-8405

1816

Name: Regent Park

Address:

Date 10-2, 20 06

Sold By: _Randy_

| UNIT | DESCRIPTION | AMOUNT | |
|---|---|---|---|
| 9417 #3 | H2O Ext | 369 | 00 |
| | 2 Microbon x 2 | 484 | 00 |
| | 2 Blowers x 2 days | 100 | 00 |
| | 1 Dehu x 2 days | 150 | 00 |
| | | | |

| Cash | C.O.D. | Charge | On Acct ✓ | Paid Out |
|---|---|---|---|---|

KEYS _____

Rec'd by _____

TOTAL 1,103 00

TERMS: NET 30 DAYS

T-5-2006  14:36  FROM:                    TO: 13128673950                    P.11

**Carpet Medix**
2107 Plantside Drive • Louisville, KY 40299
Office (502) 495-2871 or (502) 495-2872
24 Hour Emergency Number (502) 376-8405

Name _Regent Park_

Address _____

Date _10-2_ 20 _06_

1817

Sold By _Randy_

| UNIT | DESCRIPTION | | | | | | AMOUNT |
|------|-------------|---|---|---|---|---|--------|
| 24/7 | Cash | C.O.D. | Charge | On Acct. ✓ | Paid Out | | |
| 4 | Pull 1185 cpt/pad | H2O Ext | | | | | 369 00 |
| | Microban | | | | | | 236 00 |
| | Deo | | | | | | 242 00 |
| | Eucometres | | | | | | 99 00 |
| | | | | | | | 82 26 |
| | Common Hall Ext | | | | | | 100 00 |
| | Microban | | | | | | 100 00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | TOTAL | 1228 26 |

KEYS _____  Rec'd by _____

TERMS  NET 30 DAYS



F 5 2006  14:38  FROM:

TO:13120673850

P.2

## Carpet Medix
2107 Plantside Drive • Louisville, KY 40299
Office (502) 495-2871 or (502) 495-2872
24 Hour Emergency Number (502) 376-8405

Date 10-2-20-06

1804

Name Regent Park

Address _____

Sold By Randy

| Cash | C.O.D. | Charge | On Acct. | Paid Out |
|------|--------|--------|----------|----------|

| UNIT | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 9403 H | H20 EXT | 326 00 |
| | T/O  "88y  cpt / pad + Disposal | 252 00 |
| | Furniture | 82 26 |
| | Microban | 242 00 |
| | Deo | 29 00 |
| | | TOTAL 1105 26 |

KEYS _____

Rec'd by _____

TERMS: NET 30 DAYS



T 3 2006  14:59  FROM:

TO:13128673850                    P.4

# Carpet Medix
2107 Plantside Drive • Louisville, KY 40299
Office (502) 495-2871 or (502) 495-2872
24 Hour Emergency Number (502) 376-8405

1811

Name Regent Park

Date 10-2 20 06

| Sold By | Cash | C.O.D. | Charge | On Acct. | Paid Out |
|---------|------|--------|--------|----------|----------|
| Randy |      |        |        | ✓        |          |

Address _____

| UNIT | DESCRIPTION | | AMOUNT | |
|------|-------------|--|--------|--|
| 0405 | T/O H₂o Ext | | 328 | 00 |
| | Furniture Opt/pad + Disposal | | 357 | 00 |
| | Microban | | 82 | 26 |
| | Deo | | 242 | 00 |
| | | | 99 | 00 |
| | | TOTAL | 1105 | 26 |

KEYS _____

Rec'd by _____

TERMS: NET 30 DAYS

T-5-2006   14:39   FROM:

TO: 13128673850                                          P.5

# Carpet Medix
2107 Plantside Drive • Louisville, KY 40299
Office (502) 495-2871 or (502) 495-2872
24 Hour Emergency Number (502) 376-8405

1812

Name Regent Park

Address

Sold By Randy

Date 10-2 20 06

| Cash | C.O.D. | Charge | On Acct. | Paid Out |
|------|--------|--------|----------|----------|

| UNIT | | DESCRIPTION | AMOUNT | |
|------|---|-------------|--------|---|
| 9405 | 2 | Ozo Ext | 328 | 00 |
| | T/o 1185g | 354 | 00 |
| | Furniture Spot/pad + Disposal | 82 | 26 |
| | Micraban | 242 | 00 |
| | Deo | 79 | 00 |
| | | TOTAL | 1105 | 26 |

KEYS _____

Rec'd by _____

**TERMS: NET 30 DAYS**



TO:13128673050        P.6

**Carpet Medix**
2107 Plantside Drive • Louisville, KY 40299
Office (502) 495-2871 or (502) 495-2872
24 Hour Emergency Number (502) 376-8405

Name: Regent Park

Address:

Date 10-2 20 06

2034

| Sold By | Cash | C.O.D. | Charge | On Acct | Paid Out |
|---|---|---|---|---|---|
| Randy | | | | V | |

| UNIT | DESCRIPTION | AMOUNT | |
|---|---|---|---|
| 9407-20 | Emergency 1730 EXT | 200 | 00 |
| | Tearouts Disposal 50 sy 3.00/yq | 150 | 00 |
| | Micro ban | 242 | 00 |
| | Deo | 88 | 00 |
| | Relay 50 yds + pad | 267 | 50 |
| | s/c | 45 | 00 |
| | Thank you | | |

KEYS _____

Rec'd by _____

TERMS: NET 30 DAYS

TOTAL 1003 50

T-5-2006  14:33  FROM:                    TO:13128673050          P.7

# Carpet Medix
2107 Plantside Drive • Louisville, KY 40299
Office (502) 495-2871 or (502) 495-2872
24 Hour Emergency Number (502) 376-8405

Name: Regent Park
Address:

Date 10-2 20 06

1809

| Sold By | Cash | C.O.D. | Charge | On Acct | Paid Out |
|---------|------|--------|--------|---------|----------|
| Randy   |      |        |        | ✓       |          |

| UNIT | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 9409 | H2o Ext | 328 00 |
|      | T/O 1182y | 354 00 |
|      | Furniture out/Pad + Disposal | 82 26 |
|      | Microban | 242 00 |
|      | Deo | 94 00 |
|      | TOTAL | 1105 26 |

KEYS _____    Rec'd by _____

TERMS: NET 30 DAYS

T-5-2006  14:40  FROM:                                    TO:13128673850                        P.8

## Carpet Medix

2107 Plantside Drive • Louisville, KY 40299
Office (502) 495-2871 or (502) 495-2872
24 Hour Emergency Number (502) 376-8405

Name Regent Park                    Date 10-2, 20 06                    2035

Address

| UNIT | Sold By Randy | Cash | C.O.D. | Charge | On Acct. ✓ | Paid Out | | |
|---|---|---|---|---|---|---|---|---|
| | | DESCRIPTION | | | | | | AMOUNT |
| 9494 #2 | Emergency H2O EXT - | | | | | | 200 | 00 |
| | Tear out / Disposal 50 yds cpt/pad | | | | | | 150 | 00 |
| | Microban | | | | | | 242 | 00 |
| | Blower x 7 days | | | | | | 125 | 00 |
| | Fuel/charge | | | | | | 90 | 00 |
| | | | | | | | | |
| | Thank you | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

KEYS _____

Rec'd by _____

TOTAL 807 00

TERMS: NET 30 DAYS

CT-5-2006  14:40  FROM:

TO:13120673050    P.9

## Carpet Medix

2107 Plantside Drive • Louisville, KY 40299
Office (502) 495-2871  or  (502) 495-2872
24 Hour Emergency Number (502) 376-8405

Date 10-2 2006

1820

Name Regent Park

Address

Sold By Randy

| | Cash | C.O.D. | Charge | On Acct. | Paid Out |
|---|---|---|---|---|---|

| UNIT | DESCRIPTION | | | AMOUNT | |
|---|---|---|---|---|---|
| 2413 | H20 Ext | | | 328 | 00 |
| | Micro pen | | | 342 | 00 |
| | Deo | | | 00 | 00 |
| | Emergency C | | | 82 | 26 |

| | | TOTAL | 757 | 26 |
|---|---|---|---|---|

KEYS _____

Rec'd by _____

TERMS: NET 30 DAYS

T-5-2006  14:40  FROM:

TO:13120673850              P. 10

# Carpet Medix

2107 Plantside Drive • Louisville, KY 40299
Office (502) 495-2871  or  (502) 495-2872
24 Hour Emergency Number (502) 376-8405

Name: Regent Park

Address: _____

Date 10-2 20 06

2093

| | Cash | C.O.D. | Charge | On Acct. | Paid Out |
|---|---|---|---|---|---|
| Sold By Randy | | | | X | |

| UNIT | DESCRIPTION | | AMOUNT | |
|---|---|---|---|---|
| 2443 | H₂o Ext | | 200 | 00 |
| | Microben x2 | | 480 | 00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | TOTAL | | 680 | 00 |

KEYS _____

Rec'd by _____

**TERMS: NET 30 DAYS**

OCT-5-2006  14:41  FROM:                                    TO:131206738S0              P.11



*Carpet Medix*
2107 Plantside Drive • Louisville, KY 40299
Office (502) 495-2871 or (502) 495-2872
24 Hour Emergency Number (502) 376-8405

1821

Name **Regent Park**            Date **10-2-** 20 **06**

Address _____

| Sold By | Cash | C.O.D. | Charge | On Acct. | Paid Out |
|---------|------|--------|--------|----------|----------|
| *Randy* | | | | ✓ | |

| UNIT | DESCRIPTION | | AMOUNT | |
|------|-------------|--|--------|--|
| 9433 | Michelen | 420 EXT | 728 | 00 |
| | Deo | | 242 | 00 |
| | Furniture | | 99 | 00 |
| | | | 12 | 26 |

KEYS _____    Rec'd by _____

TOTAL  **757** | **26**

TERMS: NET 30 DAYS

1-5-2006  14:43  FROM:                           TO:13128673850           P.2

# Carpet Medix

2107 Plantside Drive • Louisville, KY 40299
Office (502) 495-2871 or (502) 495-2872
24 Hour Emergency Number (502) 376-8405

Name _Regent Park_

Address _____

Date _10-2_ 20 _06_

1802

| Sold By Randy | Cash | C.O.D. | Charge | On Acct. ✓ | Paid Out |
|---|---|---|---|---|---|

| UNIT 9449 | DESCRIPTION | AMOUNT | |
|---|---|---|---|
| | Deku x 3 days @ 75.⁰⁰ ea | 225 | 00 |
| | Relay 55'4 pad | 294 | 25 |
| | | | |
| | Thank you! | | |
| | | | |
| | | | |
| | | TOTAL | 579 | 25 |

KEYS _____   Rec'd by _____

**TERMS: NET 30 DAYS**

T S 2006  14:43  FROM:                                    TO:13126672858        P.3

# Carpet Medix

2107 Plantside Drive • Louisville, KY 40299
Office (502) 495-2871 or (502) 495-2872
24 Hour Emergency Number (502) 376-8405

2042

Name  Regent Park

Address

Date 10-2 20 06

Sold By  Randy

| UNIT | | DESCRIPTION | Cash | C.O.D. | Charge | On Acct. | Paid Out | AMOUNT | |
|------|--|-------------|------|--------|--------|----------|----------|--------|--|
| 24/4 | 2 | H₂O Ext | | | | ✓ | | 328 | 00 |
| | | T/O 118 Sy Cpt/pad + Disposal | | | | | | 35X | 00 |
| | | Furniture | | | | | | 12 | 26 |
| | | Microban | | | | | | 242 | 00 |
| | | Deo | | | | | | 22 | 00 |
| | | | | | | | | | |
| | | | | | | | TOTAL | 105 | 26 |

Rec'd by _____

KEYS _____

TERMS: NET 30 DAYS

T-5 2006  14:43  FROM:                                          TO:13128673850        P.4

**Carpet Medix**
2107 Plantside Drive • Louisville, KY 40299
Office (502) 495-2871 or (502) 495-2872
24 Hour Emergency Number (502) 376-8405

1801

Name _Regent Park_

Address _____

Date _10-2_ 20 _06_

| Sold By | Cash | C.O.D. | Charge | On Acct | Paid Out |
|---------|------|--------|--------|---------|----------|
| Randy |  |  |  | ✓ |  |

| UNIT | | DESCRIPTION | AMOUNT |
|------|---|-------------|--------|
| 9449 | 3 | Flo EXT | 325 | 00 |
|  |  | Flo 118.54 Cpt/pad + disposal | 354 | 85 |
|  |  | Furniture | 82 | 26 |
|  |  | Microban | 242 | 00 |
|  |  | Deo | 99 | 00 |

TOTAL  1105 26

TERMS: NET 30 DAYS

KEYS _____    Rec'd by _____

## Carpet Medix

2107 Plantside Drive • Louisville, KY 40299
Office (502) 495-2871 or (502) 495-2872
24 Hour Emergency Number (502) 376-8405

1846

Name _Regent Park_

Address _____

Date 10-2-20 06

| Sold By | Cash | C.O.D. | Charge | On Acct. | Paid Out |
|---------|------|--------|--------|----------|----------|
| Randy |  |  |  | ✓ |  |

| UNIT | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 1 | Monitoring fee for all equipment / Moisture Monitoring | 550 00 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | TOTAL 550 00 |

KEYS _____     Rec'd by _____

TERMS: NET 30 DAYS

Γ-5 2006  14:43  FROM:                                    TO:13120673858        P.6

**Carpet meaux**

2107 Plantside Drive • Louisville, KY 40299
Office (502) 495-2871 or (502) 495-2872
24 Hour Emergency Number (502) 376-8405

2063

Name Regent Park

Address

Date 10-5- 20 06

| Sold By | Cash | C.O.D. | Charge | On Acct. | Paid Out |
|---------|------|--------|--------|----------|----------|
|         |      |        |        | ✓        |          |

| UNIT | DESCRIPTION | AMOUNT |
|------|-------------|--------|
|      | To Microbin of Dea 12 Hallways @ 100. eck 1200 | 1200 |
|      | from Flood |  |
|      |  |  |
|      |  |  |
|      |  |  |
|      |  |  |
|      |  |  |
|      |  |  |
|      |  |  |
|      |  | TOTAL 1200 |

Rec'd by _____

KEYS _____

Thank You

TERMS NET 30 DAYS

Y-5-2006  14:44  FROM:                                  TO:13120673058        P.7

# Carpet Medix

2107 Plantside Drive • Louisville, KY 40299
Office (502) 495-2871 or (502) 495-2872
24 Hour Emergency Number (502) 376-8405

2061

Name  Resort Park

Address

Date  10 - 5 - 20 06

| Sold By | Cash | C.O.D. | Charge | On Acct | Paid Out |
|---------|------|--------|--------|---------|----------|
|         |      |        |        |    ✓    |          |

| UNIT | DESCRIPTION | AMOUNT | |
|------|-------------|--------|--|
| 9404 | Pulled 40 yards of carpet Diverse | 40 | 1 |
| 2 | Micro bar of Deu & Room (Heavy) | 135 | 1 |
| | Relay 40 yards of pad | 214 | 1 |
| | It & Deo 2 BR unit | 45 | 1 |
| | | | |
| | | | |
| | | | |

That Yer

|  |  |  | TOTAL | 434 | ∅ |

TERMS: NET 30 DAYS

KEYS _____    Rec'd by _____

T-5-2006  14:44  FROM:                                    TO:13128673850        P.6

# Carpet Medix

2107 Plantside Drive • Louisville, KY 40299
Office (502) 495-2871 or (502) 495-2872
24 Hour Emergency Number (502) 376-8405

No. 2060

Name  Prescott Park

Date  10-5-20 66

Address

Sold By | Cash | C.O.D. | Charge | On Acct ✓ | Paid Out

| UNIT | DESCRIPTION | AMOUNT |
|---|---|---|
| 9400 | Egress Still Settling in L.P. (Not Much been takeing) | 45 |
| 2 | Egress Not wet enough to extract | |
| | Micro ban d Deo | |
| | | |
| | | |
| | | |
| | | |
| | Thank you | |
| | | |
| | | |
| | | |
| | | |
| | TOTAL | 45 |

TERMS: NET 30 DAYS

KEYS _____    Rec'd by _____

T-5-2006  14:35  FROM:                                    TO:131286730S0              P.6



**Carpet Medix**
2107 Plantside Drive • Louisville, KY 40299
Office (502) 495-2871 or (502) 495-2872
24 Hour Emergency Number (502) 376-8405

Date 10-2-20 06

1818

Name Regent Park

Address

| Sold By | UNIT | | DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|
| Randy | 945 | 3 | T/o Dispose H2o Ext | 328 | 00 |
| | | | Micro Ban | 570 | 00 |
| | | | Fiam & tsc | 242 | 00 |
| | | | Deo | 872 | 26 |
| | | | | 75 | 00 |

| Cash | C.O.D. | Charge | On Acct. ✓ | Paid Out |
|---|---|---|---|---|

TOTAL  80/ 26

KEYS _____                Rec'd by _____

TERMS: NET 30 DAYS



**Carpet Medix**
2107 Plantside Drive • Louisville, KY 40299
Office (502) 495-2871  or  (502) 495-2872
24 Hour Emergency Number (502) 376-8405

1822

Name _Regent Park_

Address _____

Date _10-2_ 20 _06_

| Sold By | Cash | C.O.D. | Charge | On Acct | Paid Out |
|---------|------|--------|--------|---------|----------|
| Pauley | | | | ✓ | |

| UNIT | DESCRIPTION | AMOUNT | |
|------|-------------|--------|---|
| 9434 | Miseobean | 328 | 00 |
| | Deo | 242 | 00 |
| | Franatrue | 89 | 00 |
| | | 82 | 26 |
| | Common Hall Ext | 100 | 00 |
| | Microban | 100 | 00 |
| | | | |
| | | TOTAL | 957 | 26 |

**Carpet Medix**
2107 Plantside Drive • Louisville, KY 40299
Office (502) 495-2871 or (502) 495-2872
24 Hour Emergency Number (502) 376-8405

2095

Date 10-2 20 06

Name Regent Park

Address

| Sold By |
|---------|
| Randy |

| Cash | C.O.D. | Charge | On Acct. | Paid Out |
|------|--------|--------|----------|----------|
|      |        |        | X        |          |

| UNIT | DESCRIPTION | AMOUNT | |
|------|-------------|--------|--|
| 9413 | 4 Hrs Ext | 200 | 00 |
|      | Microban x 2 | 480 | 00 |
| TOTAL | | 680 | 00 |

## Carpet Medix

2107 Plantside Drive • Louisville, KY 40299
Office (502) 495-2871 or (502) 495-2872
24 Hour Emergency Number (502) 376-8405

1819

Name _Regent Park_

Address _____

Date _10-2_ 20 _0 6_

Sold By _Randy_

| UNIT | DESCRIPTION | | Cash | C.O.D. | Charge | On Acct. | Paid Out | AMOUNT | |
|------|-------------|--|------|--------|--------|----------|----------|--------|--|
| 9415 | 2 | 420 Ext | | | | ✓ | | 328 | 00 |
| | Microban | | | | | | | 240 | 00 |
| | Finn | | | | | | | 82 | 26 |
| | Deo | | | | | | | 99 | 00 |
| | Common Hall Ext | | | | | | | 100 | 00 |
| | Microban | | | | | | | 100 | 00 |
| | | | | | | | TOTAL | 957 | 26 |



**Carpet Medix**

2107 Plantside Drive • Louisville, KY 40299
Office (502) 495-2871 or (502) 495-2872
24 Hour Emergency Number (502) 376-8405

Date 10-2-20 06

2096

Name Regent Park

Address _____

Sold By Penny

| UNIT | | DESCRIPTION | | AMOUNT | |
|---|---|---|---|---|---|
| 2415 | 5 | H2O EXT | | 300 | 00 |
| | | To tear out/Dispose 40 yds | | 80 | 00 |
| | | Move furniture | | 82 | 86 |
| | | Blowers 2x2 days | | 100 | 00 |
| | | Micro Ban x 2 | | 490 | 00 |
| | | S/C | | 45 | 00 |
| | | Relay apt/pet | | 214 | 00 |
| | | | | | |
| | | | TOTAL | 1301 | 86 |

Sold By: Cash  C.O.D.  Charge  On Acct  Paid Out

# Carpet Medix

2107 Plantside Drive • Louisville, KY 40299
Office (502) 495-2871 or (502) 495-2872
24 Hour Emergency Number (502) 376-8405

1814

Name _Regent Park_

Address _____

Date _10-2_ 20 _06_

| Cash | C.O.D. | Charge | On Acct. | Paid Out |
|------|--------|--------|----------|----------|
|      |        |        | ✓        |          |

Sold By _Randy_

| UNIT | DESCRIPTION | AMOUNT | |
|------|-------------|--------|---|
| 9417 | Microban | 220 | 00 |
|      | Guarantee H2O Ext | 110 | 00 |
|      |          | 82 | 26 |
|      |          |    |  |
|      |          |    |  |
|      |          |    |  |
|      |          |    |  |
|      | **TOTAL** | 412 | 26 |

**Carpet Medix**
2107 Plantside Drive • Louisville, KY 40299
Office (502) 495-2871 or (502) 495-2872
24 Hour Emergency Number (502) 376-8405

1815

Name _Regent Park_

Address _____

Date _10-2-20 06_

| | Sold By | Cash | C.O.D. | Charge | On Acct | Paid Out |
|---|---|---|---|---|---|---|
| | Randy | | | | ✓ | |

| UNIT | DESCRIPTION | | AMOUNT | |
|---|---|---|---|---|
| 447 | 2 | H₂o Ext | 328 | 00 |
| | | Microber | 242 | 00 |
| | | Blowers 2 x 2 Days/8 | 100 | 00 |
| | | Deo | 99 | 00 |
| | | Delay 50 4/05 Bo.pad | 100 | 00 |
| | | S/C | 45 | 00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | TOTAL | 914 | 00 |

# Carpet Medix

2107 Plantside Drive • Louisville, KY 40299
Office (502) 495-2871 or (502) 495-2872
24 Hour Emergency Number (502) 376-8405

1816

Name _Regent Park_

Address

Date _10-2 2006_

| Sold By | | | | | |
|---|---|---|---|---|---|
| Lasky | Cash | C.O.D. | Charge | On Acct. ✓ | Paid Out |

| UNIT | DESCRIPTION | | AMOUNT | |
|---|---|---|---|---|
| 9417 | #3 | | | |
| | Microban x2 | $20 Ext | 369 | 00 |
| | 2 Blowers x2 days | | 484 | 00 |
| | 1 Dehu x2 days | | 100 | 00 |
| | | | 150 | 00 |
| | | TOTAL | 1103 | 00 |

**Carpet Medix**
2107 Plantside Drive • Louisville, KY 40299
Office (502) 495-2871 or (502) 495-2872
24 Hour Emergency Number (502) 376-8405

1817

Name: Regent Park

Date: 10-2 20 06

Address:

| Cash | C.O.D. | Charge | On Acct. | Paid Out |
|------|--------|--------|----------|----------|
|      |        |        | ✓        |          |

Sold By: Randy

| UNIT | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 9417 4 | H2O Ext | 369 00 |
| | Pull 118 sq cpt/pd | 236 00 |
| | Microban | 242 00 |
| | Deo | 99 00 |
| | Furniture | 82 26 |
| | Common Hall Ext | 100 00 |
| | Microban | 100 00 |
| | **TOTAL** | 1228 26 |

CT-5-2006  14:34  FROM:

TO:13128673850

P.2

**Carpet Medix**
2107 Plankside Drive • Louisville, KY 40299
Office (502) 495-2871 or (502) 495-2872
24 Hour Emergency Number (502) 376-8405

2094

Name  Regent Park

Address

Date  10-2-20 06

| UNIT | Sold By Randy | DESCRIPTION | AMOUNT |
|------|---------------|-------------|--------|
| 9443 | | H2o Ext | 250 00 |
| | | Microban x 2 | 480 00 |
| | | Sbc | 45 00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL | 725 00 |

| Cash | C.O.D. | Charge | On Acct. ✓ | Paid Out |
|------|--------|--------|-----------|----------|

KEYS _____

Rec'd by _____

TERMS: NET 30 DAYS



**Carpet Medix**
2107 Plantside Drive • Louisville, KY 40299
Office (502) 495-2871 or (502) 495-2872
24 Hour Emergency Number (502) 376-8405

Name _Regent Park_
Address _____
Date _10-2-20 06_

1822

| Sold By | Cash | C.O.D. | Charge | On Acct. | Paid Out |
|---------|------|--------|--------|----------|----------|
| Randy   |      |        | ✓      |          |          |

| UNIT | DESCRIPTION | AMOUNT | |
|------|-------------|--------|--|
| 9434 | H2O Ext | 328 | 00 |
|      | Microban | 242 | 00 |
|      | Deo | 82 | 00 |
|      | Fan 4 hrs | 82 | 26 |
|      | Common Hall Ext | 100 | 00 |
|      | Microban | 100 | 00 |
|      |             |        |    |

KEYS _____  Rec'd by _____

TOTAL  957  26

**TERMS: NET 30 DAYS**

CT-5-2006  14:34  FROM:

TO:13128673850          P.4



**Carpet Medix**

2107 Plantside Drive • Louisville, KY 40299
Office (502) 495-2871 or (502) 495-2872
24 Hour Emergency Number (502) 376-8405

2095

Name _Regent Park_

Address _____

Date _10-2_ 20 _06_

| UNIT | Sold By | Cash | C.O.D. | Charge | On Acct. | Paid Out |
|------|---------|------|--------|--------|----------|----------|
| 9413 | _Randy_ | | | | X | |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| #720 EXT | 200 00 |
| Microban x 2 | 440 00 |
| | |

KEYS _____  Rec'd by _____

| TOTAL | 680 00 |
|-------|--------|

**TERMS: NET 30 DAYS**

# Carpet Medix

2107 Plantside Drive • Louisville, KY 40299
Office (502) 495-2871 or (502) 495-2872
24 Hour Emergency Number (502) 376-8405

1819

Name **Regent Park**

Address _____

Date **10-2 20 06**

| Sold By | Cash | C.O.D. | Charge | On Acct | Paid Out |
|---------|------|--------|--------|---------|----------|
| Pauly | | | | ✓ | |

| UNIT | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 9415 2 | H2O Ext | 328 00 |
| | Mycaban | 250 00 |
| | Fiber | 82 26 |
| | Deo | 99 00 |
| | | |
| | Common Hall Ext | 100 00 |
| | Mycaban | 100 00 |
| | | |
| | | |
| | | |
| | | |
| | TOTAL | 957 26 |

KEYS _____    Rec'd by _____

**TERMS: NET 30 DAYS**

10/10/2006 09:14 FAX 312 867 3850          ZARAGON                    → Russel Assoc.    Ø002
OCT-10-2006 06:54 FROM:                                             TO:13183673950        P.3
FROM : CARROLLS CONSTRUCTION              FAX NO. : 712 948 2154    Oct. 10 2006 06:58PM P1

Carroll's Construction LLC

230 Lone Oak Dr
New Albany, IN 47150-6044

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/10/2006 | 1448 |

**Bill To**

Regent Park Apartments
Renee Berkley
9400 Hurstbourne Park Blvd
Louisville, Ky 40220

| Project | | PO | | Terms | Due Date |
|---------|--|----|--|-------|----------|
| Drywall Repair | | | | Net 15 | 10/25/2006 |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| Repair drywall as discussed from flood in apartments Price includes materials. | | 0.00 | 0.00 |
| Apartment 9414 #2 | | 980.00 | 980.00 |
| Apartment 9421-3 | | 895.00 | 895.00 |
| Apartment 9408-2 | | 930.00 | 930.00 |

| | |
|---|---|
| **Total** | $2,795.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,795.00 |

| Phone # |
|---------|
| 812-948-2985 |

| E-mail |
|--------|
| www.Carrollbuild@AOL.Com |

# U. S. Adjustment Corp.

### Adjusters for the Companies

Please reply to:
40 Fulton Street
New York, N.Y. 10038
(212) 267-5100
Fax (212) 608-4651

**CERTIFIED MAIL – R.R.R.**

December 5, 2006

Ms. Lisa Miner
Zaragon Holdings, Inc.
875 N. Michigan - Suite 3840
Chicago, IL 60611

|  |  |  |
|---|---|---|
| RE: | Our File # | 48397BK |
|  | Insured | Zaragon Holdings, inc. |
|  |  | 875 N. Michigan |
|  |  | Suite 3840 |
|  |  | Chicago, IL  60611 |
|  | Policy # | FCI 003 8380 |
|  | Loss/location | (Loc 2) 9400 Hurstbourne |
|  |  | Louisville, KY 40220 |
|  | Date/Loss | Saturday, September 23, 2006 |
|  | Type/Loss | Wind |

U.S. Adjustment Corporation is the authorized representative of Indian Harbor Insurance Company who issued Commercial Lines Policy FCI 003 8380 to be effective on August 15, 2006 and expiring on August 15, 2007. The policy is subject to a $10,000 deductible each and every claim.

Per the Location Schedule we are providing coverage for what is known as 9400 Hurstbourne, Louisville, KY 40220.

We received a Loss Notice dated 10/10/06 indicating a Date of Loss of 9/23/06 and indicating that direct physical damage to the roofs from high winds and associated water damage to both exterior and interior buildings.

We have completed our investigation in connection with the claim for the water damage at the above loss location. At this time, we find no coverage exists for this loss and our decision is predicated upon the applicable policy conditions, exclusions and/or limitations.

At this time we would refer you to the Causes of Loss – Special Form – CP 10 30 (04 02 ed), which states as follows:





Seven Neshaminy Interplex, Suite 115
U.S. Route 1 & Old Lincoln Highway
Trevose, Pennsylvania 19053
(215) 244-9500 * Fax (215)244-9501



Our File #: 48397BK                                         12/5/2006
Zaragon Holdings, Inc.                                      Page 2

The exclusion reads as follows:

**B. Exclusions**

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

> **g. Water**
>
>> 1. Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;
>> 2. Mudslide or mudflow;
>> 3. Water that backs up or overflows from a sewer, drain or sump; or
>> 4. Water under the ground surface pressing on, or flowing or seeping through:
>>
>>> a. Foundations, walls, floors or paved surfaces;
>>> b. Basements, whether paved or not; or
>>> c. Doors, windows or other openings.

Based on the information provided and in referencing the sited exclusions in the contract, we must again inform you that this loss is not a covered event.

We must also refer you to the following:

# Commercial Property Conditions

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss conditions and Additional Conditions in Commercial Property Coverage Forms.

## D. LEGAL ACTION AGAINST US

No one may bring a legal action against us under this Coverage Part unless:
1. There has been full compliance with all of the terms of this Coverage Part; and
2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

Our File #: 48397BK                                          12/5/2006
Zaragon Holdings, Inc.                                        Page 3

The Indian Harbor Insurance Company reserves its right to supplement this statement or its position with additional grounds for reserving its rights or defending coverage under its reference policy should any such grounds appear hereafter. This is not intended to be nor should be construed as a waiver of any terms and conditions of the policy or Indian Harbor Insurance Company's right there under all of which continue in full force and effect.

Nothing contained herein waives any rights that the Indian Harbor Insurance Company has under the subject policy or applicable laws all of which rights are reserved including but not limited to the rights to rely upon other basis or grounds for denial of coverage not articulated herein and the rights to investigate this matter should not constitute an admission of coverage.

In accordance with the laws of the Kentucky State Insurance Dept, we are required to advise you of the following: Should you wish to take this matter up with the Kentucky State Insurance Dept, you may write or visit Consumer Service Bureau, Kentucky State Insurance Dept. at 215 W. Main Street, Frankfort, KY 40601 or via phone at (800) 595-6053.

Very truly yours,


**R.J. Keaney, Jr., RPA, Executive General Adjuster**
U.S. ADJUSTMENT CORPORATION
rkeaney@usadjustment.com
BK/m

cc   Indian Harbor Insurance Company
     WKF&C Agency, Inc.
     Atlantic Specialty Lines – Midwest, 1323 Bond Street – Suite 103, Naperville, IL 60563
     Rummel Associates Inc, 180 N. LaSalle – Suite 3100, Chicago, IL 60601

From: Origin ID: JSDA (203)964-5263
Kimberly Adams
XL America, Inc.
70 Seaview Avenue
Seaview House
Stamford, CT 06902



Ship Date: 17DEC07
ActWgt: 1 LB
System#: 5765286/INET7091
Account#: S *********

Delivery Address Bar Code



SHIP TO: (847)517-5229          BILL SENDER

**Bridget LaSalle**
**XL**
**20 North Martingale Road**
**Suite 200**
**Schaumburg, IL 60173**

Ref #    LEGAL-Adams
Invoice #
PO #
Dept #



TRK#   7988 3281 0866          TUE - 18DEC          A1
0201                          STANDARD OVERNIGHT

**XH-NOHA**                    ORD
                               IL-US
                               **60173**



---

Shipping Label: Your shipment is complete

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.