RECEIVED
DEC 2 7 2007
SCHAUMBURG - LEGAL

Attorney Firm No. 43861

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - LAW DIVISION

| | | |
|---|---|---|
| ZARAGON HOLDINGS, INC., an Illinois corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No.    07 L 13719 |
| INDIAN HARBOR INSURANCE CO., a Connecticut corporation | ) ) ) | |
| Defendant. | ) | |

RECEIVED
DEC 2 7 2007
LEGAL DEPARTMENT

**NOTICE OF FILING**

TO:    **INDIAN HARBOR INSURANCE COMPANY**
**70 Seaview Avenue**
**Seaview House**
**Stamford, CT 06902**

PLEASE TAKE NOTICE that on the 21st day of December, 2007, Plaintiff caused to be filed with the Clerk of the Circuit Court of Cook County, Illinois the following; **PROOF OF SERVICE ON DEFENDANT** pursuant to the rules of the Supreme Court, the Code of Civil Procedure and the Circuit Court of Cook County, a true and correct copy of which is attached hereto and made a part hereof.

_____
Trial Counsel for Plaintiff

Guy Delson Geleerd, Jr.
**GELEERD LAW GROUP, LLC**
30 North LaSalle Street - Suite 3400
Chicago, Illinois 60602
Tel. 312-960-0007

**CERTIFICATION OF SERVICE**

I, *the attorney*, certify that I caused a true and correct copy of the above and foregoing document to be served to the above named by U.S. REGULAR MAIL on this 21st day of December, 2007, before the hour of 5:00 p.m.

_____

JUDGE LEFKOW
MAGISTRATE JUDGE MASON

08 C 111

Zaragon Holdings, Inc. v. Indian Harbor Insurance Company
2007L013719


STATE OF CONNECTICUT )
                     )   ss:  Stamford        December 17, 2007
County of Fairfield  )


 I received on December 12, 2007, and pursuant to the statutes of
the State of Connecticut, made due legal service of the within
original COMPLAINT AT LAW; VERIFICATION BY CERTIFICATION;
SUMMONS;

 thereafter, on December 17, 2007, by leaving an attested true
copy of the original with TONI ANN HINCH PERKINS, ESQ., VICE
PRESIDENT AND ASSISTANT GENERAL COUNSEL, X L AMERICA, INC.,
accepting for the within named, INDIAN HARBOR INSURANCE COMPANY.


|    |             |        |
|----|-------------|--------|
|  1 | Services    |  30.00 |
| 99 | Pages       |  99.00 |
| 24 | Travel      |  11.64 |
|  4 | Endorsements|   1.60 |
|    | TOTAL       | 142.24 |

Attest,

Jon T. Gallup
State Marshal
Fairfield County



**GELFERD LAW GROUP, LLC**
10 North LaSalle Street, Suite 3400
Chicago, Illinois 60602



**Indian Harbor Insurance Company**
**70 Seaview Avenue**
**Seaview House**
**Stamford, CT 06902**

From:   Origin ID: JSDA  (203)964-5342
Sandra Torre
XL America, Inc.
70 Seaview Avenue

Stamford, CT 06902



Ship Date: 27DEC07
ActWgt: 1 LB
System#: 5785286/INET7091
Account#: S *********

**Delivery Address Bar Code**



SHIP TO: (847)517-5229          **BILL SENDER**

**Bridget LaSalle**
**XL**
**20 North Martingale Road**
**Suite 200**
**Schaumburg, IL 60173**

Ref #    LEGAL-Torre
Invoice #
PO #
Dept #

TRK#   7992 4587 7042
0201

**FRI - 28DEC       A1**
**STANDARD OVERNIGHT**

**XH-NOHA**

**ORD**
IL-US
**60173**



---

Shipping Label: Your shipment is complete

1.  Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.

2.  Fold the printed page along the horizontal line.

3.  Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.