**FILED**
**JANUARY 7, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DISTRICT

| | |
|---|---|
| ZARAGON HOLDINGS, INC., <br> an Illinois Corporation, <br><br> Plaintiff, <br> vs. <br><br> INDIAN HARBOR INSURANCE COMPANY, <br> a North Dakota Corporation, <br><br> Defendant. | ) <br> ) <br> ) <br> ) Case No.: <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**08 C 111**

**JUDGE LEFKOW**
**MAGISTRATE JUDGE MASON**

### AFFIDAVIT OF FILING

I, James K. Schultz, being first duly sworn upon my oath, do state as follows:

1. That on the 7th day of January, 2008, I caused to be filed with the Clerk of the Circuit Court of Cook County, Illinois, in Case No. 2007 L 013719, titled *Zaragon Holdings, Inc. v. Indian Harbor Insurance Company*, Defendant Indian Harbor Insurance Company's Notice of Filing Petition for Removal, a copy of which is attached hereto, together with a copy of Defendant's Petition for Removal, which was filed in this Court on the 7th day of January, 2008

Respectfully submitted,

McDONALD & McCABE, LLC,


s/ James K. Schultz
James K. Schultz

**KC**

James K. Schultz
Thomas A. McDonald
Nicholas Novak
McDonald & McCabe, LLC
225 West Wacker Drive
Suite 2100
Chicago, IL 60606
(312) 845-5190
(312) 845-5825 (fax)
ATTORNEYS FOR DEFENDANT INDIAN
HARBOR INSURANCE COMPANY