IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ZARAGON HOLDINGS, INC., <br>    an Illinois Corporation, <br><br>                Plaintiff, <br><br> vs. <br><br> INDIAN HARBOR INSURANCE COMPANY, <br>    a North Dakota Corporation, <br><br>                Defendant. | ) <br> ) <br> ) <br> ) Case No.: 08cv111 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF MOTION

TO:   Guy Delson Geleerd, Jr.
        Geleerd Law Group, LLC
        30 North LaSalle Street, Suite 3400
        Chicago, Illinois 60603

     PLEASE TAKE NOTICE that on January 14, 2008, McDonald & McCabe, LLC will electronically file with the office of the Northern District Federal Court, Cook County, Illinois, the attached **MOTIONS TO DISMISS, FOR MORE DEFINITIVE STATEMENT, AND TO STRIKE** to be complied with in accordance with the rules of the U.S. District Court and Federal Rules of Civil Procedure, a copy of which is attached hereto and hereby served upon you.

                                              Respectfully submitted,

                                              s/ James K. Schultz on behalf of Nicholas R. Novak
                                              James K. Schultz on behalf of Nicholas R. Novak
                                              McDonald & McCabe, LLC
                                              225 West Wacker Drive
                                              Suite 2100
                                              Chicago, IL 60606
                                              (312) 845-5190
                                              (312) 845-5825 (fax)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 14th day of January, 2008, a copy of the foregoing

## NOTICE OF MOTION

was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. A copy has also been sent via U.S. Mail upon the following attorney of record:

> Guy Delson Geleerd, Jr.
> Geleerd Law Group, LLC
> 30 North LaSalle Street, Suite 3400
> Chicago, Illinois 60603

> s/ James K. Schultz on behalf of Nicholas R. Novak
> James K. Schultz on behalf of Nicholas R. Novak
> Attorney for Defendant
> McDonald & McCabe, LLC
> 225 West Wacker Drive
> Suite 2100
> Chicago, IL 60606
> (312) 845-5190
> (312) 845-5825 (fax)

ND: 4831-8894-9506, v. 1