## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| ZARAGON HOLDINGS, INC.,<br>an Illinois Corporation, | ) ) ) | |
| Plaintiff, | ) | Case No.: 08cv111 |
| vs. | ) ) | |
| INDIAN HARBOR INSURANCE COMPANY,<br>a North Dakota Corporation, | ) ) ) | |
| Defendant. | ) ) | |

### AMENDED NOTICE OF MOTION

TO:    Guy Delson Geleerd, Jr.
        Geleerd Law Group, LLC
        30 North LaSalle Street, Suite 3400
        Chicago, Illinois 60603

PLEASE TAKE NOTICE that on January 22, 2008, at 9:30am, Nicholas Novak or Thomas McDonald of McDonald & McCabe, LLC, will appear before Judge Lefkow, or any judge sitting in her stead, in room 1925 of the Dirksen building and present the attached **MOTIONS TO DISMISS, FOR MORE DEFINITIVE STATEMENT, AND TO STRIKE**, a copy of which is attached hereto and hereby served upon you.

Respectfully submitted,

s/ James K. Schultz on behalf of Nicholas R. Novak
James K. Schultz on behalf of Nicholas R. Novak
McDonald & McCabe, LLC
225 West Wacker Drive
Suite 2100
Chicago, IL 60606
(312) 845-5190
(312) 845-5825 (fax)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 16th day of January, 2008, a copy of the foregoing

## AMENDED NOTICE OF MOTION

was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system

<u>s/ James K. Schultz on behalf of Nicholas R. Novak</u>
James K. Schultz on behalf of Nicholas R. Novak
Attorney for Defendant
McDonald & McCabe, LLC
225 West Wacker Drive
Suite 2100
Chicago, IL 60606
(312) 845-5190
(312) 845-5825 (fax)

ND: 4834-7114-8034, v. 1