IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ZARAGON HOLDINGS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No.:   08 C 111 |
| | ) | |
| INDIAN HARBOR INSURANCE, | ) | Judge Lefkow |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO WITHDRAW
APPEARANCE OF JAMES K. SCHULTZ**

NOW COMES James K. Schultz, an attorney of record for defendant Indian Harbor Insurance Company, and pursuant to LR 83.17 moves to withdraw his appearance as counsel of record in the instant litigation, and in support thereof, states as follows:

1. February 15, 208 was my last day of employment at McDonald & McCabe, LLC, the law firm representing defendant in this matter.

2. Thomas A. McDonald and Nicholas Novak of McDonald & McCabe, LLC will remain as counsel for defendant Indian Harbor Insurance Company.

WHEREFORE, defendant respectfully requests that the Court enter an order permitting the withdrawal of the appearance of James K. Schultz as counsel for Defendant in this matter.

Respectfully submitted,


By: /s/ James K. Schultz
        James K. Schultz



James K. Schultz
SESSIONS, FISHMAN, NATHAN & ISRAEL OF ILLINOIS, LLC
1000 Skokie Boulevard, Suite 430
Wilmette, IL 60091
Telephone: (847) 853-6100
Facsimile: (847) 853-6105
E-Mail:    jschultz@sessions-law.biz



**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of February, 2008, a copy of the foregoing **MOTION TO WITHDRAW APPEARANCE OF JAMES K. SCHULTZ** was filed electronically. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.


By: /s/ James K. Schultz
        James K. Schultz