## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 111 | **DATE** | 3/6/2008 |
| **CASE TITLE** | Zaragon Holdings, Inc. vs. Indian Harbor Insurance Company | | |

**DOCKET ENTRY TEXT**

Defendant's motion to withdraw appearance of James K. Schultz [17] is granted. James K. Schultz is withdrawn as attorney for defendant.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|

Case 1:08-cv-00111    Document 18    Filed 03/06/2008    Page 1 of 1

08C111 Zaragon Holdings, Inc. vs. Indian Harbor Insurance Company     Page 1 of 1