# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 111 | **DATE** | 4/25/2008 |
| **CASE TITLE** | Zaragon Holdings, Inc. vs. Indian Harbor Insurance Company | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Opinion and Order. For the reasons stated in the Memorandum Opinion and Order, Indian Harbor's motion to dismiss [9] is granted in part and denied in part. Counts II and III are dismissed with prejudice. Indian Harbor's motion for more definite statement [9] is denied. Indian Harbor's motion to strike [9] is denied. Zaragon's request for leave to file an amended complaint is granted, and Zaragon is directed to file by May 8, 2008 an amended complaint that does not include as exhibits any documents that are not relevant to the insurance policy at issue in this case. Status hearing is set for 6/10/2008 at 9:30 a.m.

■ [ For further detail see separate order(s).]          Notices mailed by Judicial staff.

|  | Courtroom Deputy Initials: | MD |
|---|---|---|