aragon Holdings, Inc, an Illinois corporation v. Indian Harbor Insurance Co., a Connecticut orporation

### Special Damages Itemization

Date of Loss: September 23, 2006

===========================================================================================

| Date | Name | Unit | Amount |
|---|---|---|---|
| 9/23/06 | Perfection Cleaning | 9421-4 | $650.00 |
| 9/23/06 | Perfection Cleaning | 9421-3 | $225.00 |
| 9/23/06 | Perfection Cleaning | 9421-2 | $275.00 |
| 9/23/06 | Perfection Cleaning | 9421-1 | $225.00 |
| 9/23/06 | Perfection Cleaning | 9419-1 | $275.00 |
| 9/23/06 | Perfection Cleaning | 9419-2 | $275.00 |
| 9/23/06 | Perfection Cleaning | 9419-3 | $275.00 |
| 9/23/06 | Perfection Cleaning | 9419-4 | $325.00 |
| 9/25/06 | Home Depot | | $239.96 |
| 9/27/06 | Royal Pools of KY | Pool | $3,695.79 |
| 9/28/06 | Masters Roofing Co. | Building No. 9403 | $14,450.00 |
| 9/28/06 | Masters Roofing Co. | Building No. 9419 | $14,800.00 |
| 9/28/06 | Masters Roofing Co. | Building No. 9414 | $14,800.00 |
| 9/29/06 | Right Rug | Regent Park 9419-2 | $1,654.10 |
| 9/29/06 | Right Rug | Regent Park 9405-4 | $1,654.10 |
| 9/29/06 | Right Rug | Regent Park 9405-3 | $1,690.49 |
| 9/28/06 | Right Rug | Regent Park 9401-1 | $1,654.10 |
| 9/28/06 | Right Rug | Regent Park 9401-3 | $1,831.10 |
| 9/29/06 | Right Rug | Regent Park 9403-2 | $1,654.10 |
| 9/29/06 | Right Rug | Regent Park 9403-1 | $1,654.10 |
| 9/29/06 | Right Rug | Regent Park 9402-4 | $1,894.99 |
| 9/29/06 | Right Rug | Regent Park 9405-1 | $1,912.99 |
| 9/29/06 | Right Rug | Regent Park 9403-3 | $1,654.10 |
| 9/29/06 | Right Rug | Regent Park 9417-4 | $1,731.60 |
| 9/29/06 | Right Rug | Regent Park 9409-1 | $1,493.60 |
| 9/29/06 | Right Rug | Regent Park 9403-4 | $1,475.60 |
| 9/29/06 | Right Rug | Regent Park 9400-3 | $1,654.10 |
| 9/29/06 | Right Rug | Regent Park 9401-4 | $1,654.10 |
| 9/29/06 | Right Rug | Regent Park 9421-1 | $1,297.29 |
| 9/29/06 | Right Rug | Regent Park 9421-2 | $1,894.99 |
| 9/29/06 | Right Rug | Regent Park 9421-3 | $1,297.29 |
| 9/29/06 | Right Rug | Regent Park 9421-4 | $1,894.99 |

| | | | |
|---|---|---|---|
| 9/29/06 | Right Rug | Regent Park 9404-1 | $1,422.13 |
| 9/29/06 | Right Rug | Regent Park 9419-3 | $1,654.10 |
| 10/2/06 | Carpet Medix | Regent Park 9400-1 | $1,475.36 |
| 10/2/06 | Carpet Medix | Regent Park 9400-3 | $1,105.26 |
| 10/2/06 | Carpet Medix | Regent Park 9400-4 | $1,105.26 |
| 10/2/06 | Carpet Medix | Regent Park 9413-1 | $680.00 |
| 10/2/06 | Carpet Medix | Regent Park 9413-3 | $725.00 |
| 10/2/06 | Carpet Medix | Regent Park 9415-3 | $1,301.86 |
| 10/2/06 | Carpet Medix | Regent Park 9417-1 | $412.26 |
| 10/2/06 | Carpet Medix | Regent Park 9417-2 | $914.00 |
| 10/2/06 | Carpet Medix | Regent Park 9417-3 | $1,103.00 |
| 10/2/06 | Carpet Medix | Regent Park 9417-4 | $1,228.26 |
| 10/2/06 | Carpet Medix | Regent Park 9403-4 | $1,105.26 |
| 10/2/06 | Carpet Medix | Regent Park 9404-1 | $813.30 |
| 10/2/06 | Carpet Medix | Regent Park 9405-1 | $1,105.26 |
| 10/2/06 | Carpet Medix | Regent Park 9405-2 | $1,105.26 |
| 10/2/06 | Carpet Medix | Regent Park 9407-2 | $1,003.50 |
| 10/2/06 | Carpet Medix | Regent Park 9409-1 | $1,105.26 |
| 10/2/06 | Carpet Medix | Regent Park 9409-2 | $807.00 |
| 10/2/06 | Carpet Medix | Regent Park 9413-1 | $751.26 |
| 10/2/06 | Carpet Medix | Regent Park 9413-2 | $680.00 |
| 10/2/06 | Carpet Medix | Regent Park 9413-3 | $751.26 |
| 10/2/06 | Carpet Medix | Regent Park 9419-1 | $519.25 |
| 10/2/06 | Carpet Medix | Regent Park 9419-2 | $1,105.26 |
| 10/2/06 | Carpet Medix | Regent Park 9419-3 | $1,105.26 |
| 10/2/06 | Carpet Medix | Regent Park 1 | $550.00 |
| 10/2/06 | Carpet Medix | Regent Park 9401-1 | $1,105.26 |
| 10/2/06 | Carpet Medix | Regent Park 9401-3 | $1,270.00 |
| 10/2/06 | Carpet Medix | Regent Park 9401-4 | $1,105.26 |
| 10/2/06 | Carpet Medix | Regent Park 9402-2 | $1,225.36 |
| 10/2/06 | Carpet Medix | Regent Park 9402-2 | $1,105.26 |
| 10/2/06 | Carpet Medix | Regent Park 9403-1 | $1,105.26 |
| 10/2/06 | Carpet Medix | Regent Park 9403-2 | $1,105.26 |
| 10/2/06 | Carpet Medix | Regent Park 9403-3 | $808.26 |
| 10/2/06 | Carpet Medix | Regent Park 9415-3 | $801.26 |
| 10/2/06 | Carpet Medix | Regent Park 9413-4 | $951.26 |
| 10/2/06 | Carpet Medix | Regent Park 9413-4 | $680.00 |
| 10/2/06 | Carpet Medix | Regent Park 9415-2 | $951.26 |
| 10/2/06 | Carpet Medix | Regent Park 9415-3 | $801.26 |
| 10/2/06 | Carpet Medix | Regent Park 9415-3 | $1,301.86 |
| 10/2/06 | Carpet Medix | Regent Park 9417-1 | $412.26 |
| 10/2/06 | Carpet Medix | Regent Park 9417-2 | $914.00 |
| 10/2/06 | Carpet Medix | Regent Park 9417-3 | $1,103.00 |

| Date | Vendor | Property | Amount |
|---|---|---|---|
| 10/2/06 | Carpet Medix | Regent Park 9417-4 | $1,228.26 |
| 10/2/06 | Carpet Medix | Regent Park 9413-3 | $725.00 |
| 10/2/06 | Carpet Medix | Regent Park 9413-4 | $951.26 |
| 10/2/06 | Carpet Medix | Regent Park 9413-4 | $680.00 |
| 10/2/06 | Carpet Medix | Regent Park 9415-2 | $951.26 |
| 10/3/06 | Carroll's Construction | 3 units | $2,500.00 |
| 10/5/06 | Carpet Medix | Regent Park Hallways | $1,200.00 |
| 10/5/06 | Carpet Medix | Regent Park 9404-2 | $434.00 |
| 10/5/06 | Carpet Medix | Regent Park 9400-2 | $45.00 |
| 10/10/06 | Carroll's Construction | 3 units | $2,795.00 |
| 10/13/06 | Rite Rug | Regent Park 9400-2 | $477.19 |
| 10/13/06 | Rite Rug | Regent Park 9400-2 | $170.00 |
| 10/13/06 | Rite Rug | Regent Park 9400-3 | $365.40 |
| 10/13/06 | Rite Rug | Regent Park 9400-4 | $1,667.60 |
| 10/13/06 | Rite Rug | Regent Park 9401-3 | $405.40 |
| 10/13/06 | Rite Rug | Regent Park 9413-3 | $933.44 |

**TOTAL:** $140,066.99