Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 111 | **DATE** | 7/15/2008 |
| **CASE TITLE** | Zaragon Holdings, Inc. vs. Indian Harbor Insurance Company | | |

**DOCKET ENTRY TEXT**

Scheduling conference held. Enter Scheduling Order. Amendments to the pleadings and/or joinder of additional parties may be sought upon appropriate motion by 9/15/2008. Oral discovery will close on 1/15/2009. Cut-off date for designation of plaintiff's trial expert(s) is 3/15/2009; for defendant's trial expert(s) is 4/15/2009. Status hearing is set for 9/16/2008 at 9:30 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:03

FILED
2008 JUL 16 PM 4:34
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | MD |
|---|---|---|