

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ZARAGON HOLDINGS, INC., | ) | |
| an Illinois Corporation, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 08cv111 |
| vs. | ) | |
| | ) | |
| INDIAN HARBOR INSURANCE COMPANY, | ) | |
| a North Dakota Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## SCHEDULING ORDER

The parties, having held a scheduling conference attended by Thomas A. McDonald and Nicholas R. Novak for the defendant and Guy D. Geleerd, Jr., for the plaintiff, as required by Fed. R. Civ. P. 26(f), submit the following proposed scheduling order; by agreement of the parties:

(A) The parties believe that an early settlement conference may result in the disposition of the case.

(B) The parties shall have until **September 15, 2008** to make Rule 26(a)(1) disclosures.

(C) The following amendments to the pleadings and/or joinder of additional parties are anticipated and may be sought upon appropriate motion by **September 15, 2008**. Amendments thereafter may be made only on motion for good cause shown.

(D) Plaintiff is given leave to allow the Exhibits attached to it's Amended Complaint At Law to stand as it's Exhibits to it's Second Amended Complaint At Law.

(E) Oral discovery in accord with Fed. R. Civ. P. 30 will close on **January 15, 2009**.

(F) The cut-off date for designation of plaintiff's trial expert(s) as provided in Fed. R. Civ. P. 26(A)(2) is **March 15, 2009**; for the defendant's trial expert(s) **April 15, 2009**. Depositions of the experts shall be taken within **60** days of designation. Unless otherwise stipulated, disclosure of experts will include a report fully in compliance with Rule 26(a)(2)(B).

(G) Any motion challenging the qualifications of a designated expert must be made within 21 calendar days after the deposition of the expert or the close of discovery, whichever is earlier. If no motion is filed, the court may deem such challenges waived.

### Dispositive Motions

Before a dispositive motion is filed, the parties will exchange demand and offer letters in an effort to reach resolution of the case. A status hearing will be set on a date determined by the Court, including a Pre Trial Conference as set provided in Fed. R. Civ. P. 16(a). At this time, the parties will report on any outstanding discovery issues, as well on the possibility of settlement and whether a settlement conference with a judge may be helpful. The parties should expect to be referred to a magistrate judge for settlement discussions before filing a motion for summary judgment.

Also at this status hearing, the Court will set a schedule for disposition of the case, including closing discovery and trial dates.

### Consent to Proceed Before a Magistrate Judge

The parties **do not consent** to have their case proceed before a magistrate judge.

ENTER:

Date: JUL 15 2008

JOAN HUMPHREY LEFKOW
U.S. District Judge

ND: 4846-3018-3170, v. 1